**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  NORMA J. CHARLES                          Case No. 17-20625-AJC
                      Debtor                                Chapter 13
_____ /

**CERTIFICATE OF SERVICE**

I certify that a true copy of Debtor's 1st Modified Chapter 13 Plan [DE 52], Debtor's Motion to Modify Chapter 13 Plan [DE 50], and the Notice of Hearing on Debtor's Motion to Modify Chapter 13 Plan [DE 51], each dated January 26, 2018, were served as follows:

***On January 26, 2018 by CM/ECF electronic notification to***:

April Harriott on behalf of Creditor HSBC BANK USA
aharriott@rasflaw.com, aharriott@rasflaw.com

Keith S Labell on behalf of Creditor HSBC BANK USA
klabell@rasflaw.com, klabell@rasflaw.com

Keith S Labell on behalf of Creditor HSBC Bank USA
klabell@rasflaw.com, klabell@rasflaw.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

***And on January 29,2018 by U.S. Mail to***:

Americollect, Inc.
1851 S. Alverno Rd
Manitowoc, WI 54220

Carmax Auto Finance
225 Chastain Meadows CT
Kennesaw, GA 30144-5841

Central Financial Control
PO BOX 660873
Dallas, TX 75266


Convergent Outsourcing
800 SW 39th ST
Renton, WA 98057

Convergent Outsourcing
800 SW 39th St.
Renton, WA 98057

Dr. Leonard Wright
PO BOX 2845
Monroe, WI 53566

Dr. Leonard Wright
1515 S. 21st Street
Clinton, IA 52732-6676

First Federal Credit Control
2470 Chagrin Blvd, Ste 205
Beachwood, OH 44122-5630

First Federal Credit Control
24700 Chagrin Blvd. Suite 205
Beachwood, OH 44122

HSBC Bank, USA, N.A., as Trustee
c/o Ocwen Loan Servicing, LLC
PO BOX 24738
West Palm Beach, FL 33416

Provincial Investments, Inc.
1497 NW 7th Street
Miami, FL 33125

LVNV Funding, LLC  North Star Capital Acquisition LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors Arrow Financial Services, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
Cascade Capital LLC.
PO Box 788
Kirkland, WA 98083-0788

PYOD, LLC f Capital One, F.S.B.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

LVNV Funding, LLC.
Assignee of Citibank (S.D)
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

HSBC Bank USA, N.A., as Trustee
PO Box 24605
West Palm Beach, FL 33416-4605

DATED: January 29, 2018                    Respectfully submitted,

                                           LEGAL SERVICES OF GREATER MIAMI, INC.
                                           _____/s/ Mandy L. Mills_____
                                           Mandy L. Mills, Esq., Attorney for Debtor
                                           Fla. Bar No.:  0041654
                                           4343 W. Flagler Street, Ste. 100
                                           Miami, FL 33134
                                           Tel & Fax: (305) 438-2437
                                           MMills@LegalServicesMiami.org