UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  NORMA J. CHARLES                          Case No. 17-20625-AJC
       Debtor                                          Chapter 13
_____/

## NOTICE OF SUBSTITUTION OF ATTORNEY IN THE SAME FIRM

Jacqueline C. Ledón, attorney at Legal Services of Greater Miami Inc., gives notice that she is substituted as counsel for the Debtor.  The Debtor has consented to the substitution.

DATED: May 18, 2018                    Respectfully submitted,

                                                 LEGAL SERVICES OF GREATER MIAMI, INC.
                                                        *s/*
                                                Jacqueline C. Ledón, Esq., Attorney for Debtor
                                                Fla. Bar No.:  0022719
                                                4343 W. Flagler Street, Ste. 100
                                                Miami, FL 33134
                                                Tel & Fax: (305) 438-2401
                                                jledon@LegalServicesMiami.org