UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  NORMA J. CHARLES                                    Case No. 17-20625-AJC

        Debtor                                                            Chapter 13
_____/

## DEBTOR'S AMENDED MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to U.S.C. Section 1329 of the Bankruptcy Code, Debtor Norma J. Charles moves the Court to modify her confirmed Chapter 13 plan and as grounds therefore states:

1. On January 4, 2018, Debtor's Second Amended Chapter 13 Plan was confirmed.

2. Since that time, Debtor participated in the Mortgage Modification Mediation program, was approved for a trial period plan, but was unable to timely make all the payments resulting in denial of a permanent loan modification.

3. Accordingly, the Debtor proposes to cure all past arrears and maintain her regular mortgage payments in the Third Modified Plan.

4. The Debtor is now receiving financial support from her son which represents a change in circumstances for the Debtor.  She will be amending schedules J and I accordingly.

5. Debtor requests this Court grant the Motion to Modify and approve the Third Modified Chapter 13 plan.

DATED: <u>May 18, 2018</u>　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LEGAL SERVICES OF GREATER MIAMI, INC.
　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Jacqueline C. Ledón, Esq., Attorney for Debtor
　　　　　　　　　　　　　　　　　　Fla. Bar No.:  0022719
　　　　　　　　　　　　　　　　　　4343 W. Flagler Street, Ste. 100
　　　　　　　　　　　　　　　　　　Miami, FL 33134
　　　　　　　　　　　　　　　　　　Tel & Fax: (305) 438-2401
　　　　　　　　　　　　　　　　　　jledon@LegalServicesMiami.org