**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Norma J. Charles                                         Case No.  17-20625-AJC
                                                                                          Chapter 13

_____Debtor/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Third Modified Plan (D.E. 68) and Notice of Hearing (D.E. 67) were served as follows:

*via electronic mailing on May 18, 2018:*

April Harriott on behalf of Creditor HSBC BANK USA
aharriott@rasflaw.com, aharriott@rasflaw.com

Keith S Labell on behalf of Creditor HSBC BANK USA
klabell@rasflaw.com, klabell@rasflaw.com

Keith S Labell on behalf of Creditor HSBC Bank USA
klabell@rasflaw.com, klabell@rasflaw.com

Jacqueline C Ledon on behalf of Debtor Norma J Charles
jledon@legalservicesmiami.org,
crodriguez@legalservicesmiami.org;pleadings@legalservicesmiami.org

Mandy L Mills on behalf of Debtor Norma J Charles
mmills@legalservicesmiami.org,
sfreire@legalservicesmiami.org;pleadings@legalservicesmiami.org

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

William C Sussman on behalf of Mediator William C Sussman
bill@mediatorman.com

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Debtor
4343 W. Flagler Street, Suite 100
Miami, Florida 33134
Telephone/Facsimile: (305) 438-2401

/s/
Jacqueline C. Ledón, Esq.
Florida Bar No.: 0022719